DILLINGHAM & MURPHY, LLP
Carla J. Hartley (SBN 117213)
Cynthia C. Cheung (SBN 320767)
155 Sansome Street, Suite 700
San Francisco, California 94104
Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300
Email: cjh@dillinghammurphy.com
       ccc@dillinghammurphy.com

KREVOLIN & HORST, LLC
Kana Caplan* (GA Bar No. 621805)
caplan@khlawfirm.com
Taylor Cressler* (GA Bar No. 664099)
cressler@khlawfirm.com
1201 West Peachtree St NW, Suite 3250
Atlanta, Georgia 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
**pro hac vice* application forthcoming

Attorneys for Defendant
NetRoadshow, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LISA CARRANDI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NETROADSHOW, INC., a corporation organized and existing under the laws of the State of Delaware, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  24-CV-01092-HGS<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL; ORDER** |

Page No. 1 -Case No. 24-CV-01092-HGS
NOTICE OF SUBSTITUTION OF COUNSEL; ORDER

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that Defendant NETROADSHOW, INC. ("NetRoadshow") has retained Carla J. Hartley and Cynthia C. Cheung of Dillingham & Murphy, LLP to substitute as counsel for Roy M. Bartlett, Jr. of Bartlett Law Firm in the above-captioned matter. Withdrawing counsel for NetRoadshow is:

> BARTLETT LAW FIRM
> Roy M. Bartlett, Jr. (CA Bar No. 101563)
> roy@lawrmb.com
> 2872 Ygnacio Valley Road, #451
> Walnut Creek, CA 94598
> Telephone: (925) 324-5150

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for NetRoadshow:

> DILLINGHAM & MURPHY, LLP
> Carla J. Hartley (SBN 117213)
> Cynthia C. Cheung (SBN 320767)
> 155 Sansome Street, Suite 700
> San Francisco, California 94104
> Telephone:    (415) 397-2700
> Facsimile:    (415) 397-3300
> Email: cjh@dillinghammurphy.com
>            ccc@dillinghammurphy.com

DATED: March 8, 2024                    **DILLINGHAM & MURPHY, LLP**

/s/
CARLA J. HARTLEY
CYNTHIA C. CHEUNG
*Attorney for Defendant*
*NETROADSHOW, INC.*

DATED: March 8, 2024                    **KREVOLIN & HORST, LLC**

/s/
KANA CAPLAN
TAYLOR CRESSLER
*Attorney for Defendant*
*NETROADSHOW, INC.*
*(pro hac vice application forthcoming)*

Page No. 2 - Case No. 24-CV-01092-HGS
NOTICE OF SUBSTITUTION OF COUNSEL; ORDER

| | | |
|---|---|---|
| 1 | DATED: March 8, 2024 | BARTLETT LAW FIRM |
| 2 | | |
| 3 | | /s/ |
| | | ROY M. BARTLETT, JR. |
| 4 | | *Withdrawing Attorney* for Defendant |
| | | NETROADSHOW, INC. |

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-field document.

DATED: March 8, 2024                                      DILLINGHAM & MURPHY, LLP

/s/
CARLA J. HARTLEY
CYNTHIA C. CHEUNG
*Attorney for Defendant*
NETROADSHOW, INC.

## ORDER

The substitution of counsel proposed in this notice is approved and so ORDERED.

DATED: 3/11/2024

*[signature: Haywood S. Gilliam Jr.]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge