UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Lisa Carrandi,

    Plaintiff(s),

v.

NetRoadshow, Inc.,

    Defendant(s).

Case No. 24-CV-01092-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Kana Caplan, an active member in good standing of the bar of Georgia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant NetRoadshow, Inc. in the above-entitled action. My local co-counsel in this case is Carla J. Hartley, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 117213.

| 1201 West Peachtree Street NW, Suite 3250 Atlanta, GA 30309 | Dillingham & Murphy LLP, 155 Sansome Street, Suite 700, San Francisco, CA 94104 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (404) 888-9700 | (415) 397-2700 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| caplan@khlawfirm.com | cjh@dillinghammurphy.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 621805.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 18, 2024

Kana Caplan
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kana Caplan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/18/2024

Haywood S. Gill Jr.
UNITED STATES DISTRICT JUDGE



# Supreme Court
# State of Georgia
NATHAN DEAL JUDICIAL CENTER
Atlanta 30334

March 12, 2024

I hereby certify that Kana A. Caplan, Esq., was admitted on the 11th day of April, 2022, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date she has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.

*[signature]*, Clerk