UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Lisa Carrandi,

　　　　Plaintiff(s),

v.

NetRoadshow, Inc.,

　　　　Defendant(s).

Case No. 24-CV-01092-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

　　　I, Taylor Cressler, an active member in good standing of the bar of Georgia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant NetRoadshow, Inc. in the above-entitled action. My local co-counsel in this case is Carla J. Hartley, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 117213.

| | |
|---|---|
| 1201 West Peachtree Street NW, Suite 3250<br>Atlanta, GA 30309<br>MY ADDRESS OF RECORD | Dillingham & Murphy LLP, 155 Sansome Street, Suite 700, San Francisco, CA 94104<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (404) 888-9700<br>MY TELEPHONE # OF RECORD | (415) 397-2700<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| cressler@khlawfirm.com<br>MY EMAIL ADDRESS OF RECORD | cjh@dillinghammurphy.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

　　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 664099.

　　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　　I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 18, 2024                                  Taylor Cressler
                                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Taylor Cressler is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  3/18/2024

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT JUDGE



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA     }
                             } ss.
NORTHERN DISTRICT OF GEORGIA }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **TAYLOR CRESSLER, State Bar No. 664099,** was duly admitted to practice in said Court on 10/24/2023 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 2nd day of November, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By: _____
Rebecca V. Bachelor
Operations Manager

