Courtney L. Baird (SBN 234410)
Deanna J. Lucci (SBN 323276)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA  92101-4681
Telephone:  (619) 744-2200
CLBaird@duanemorris.com
DJLucci@duanemorris.com

Attorneys for Plaintiff LISA CARRANDI

Carla J. Hartley (SBN 117213)
Cynthia C. Cheung (SBN 320767)
DILLINGHAM & MURPHY, LLP
155 Sansome Street, Suite 700
San Francisco, California 94104
Telephone: (415) 397-2700
Facsimile: (415) 397-3300
cjh@dillinghammurphy.com
ccc@dillinghammurphy.com

Attorneys for Defendant
NETROADSHOW, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CARRANDI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NETROADSHOW, INC., a corporation organized and existing under the laws of the State of Delaware, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 4:24-cv-01092-HSG<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT NETROADSHOW, INC.'S MOTION TO TRANSFER AND CONSOLIDATE OR IN THE ALTERNATIVE, COMPEL ARBITRATION AND STAY; ORDER**<br><br>Filed: February 22, 2024<br>(removed from Superior Court of California-County of Marin, Case No. CV0002090) |

Plaintiff LISA CARRANDI ("Plaintiff") and Defendant NETROADSHOW, INC. ("Defendant"), collectively "the Parties," hereby stipulate and move the Court to grant an order continuing the hearing on Defendant's Motion to Transfer and Consolidate or in the Alternative, Compel Arbitration ("Motion"), currently set for hearing on May 16, 2024.

The Parties submit that the foregoing facts and events demonstrate good cause to continue the current date for the Motion hearing:

Plaintiff's counsel is engaged in an arbitration hearing in the matter of *Giselle A. Blanco v Southwest College of Medical-Dental Assistants & Practical Nurses, et al,* JAMS Case No. 1220069747, Hon. Candace Cooper, in Irvine, California, from May 13-16, 2024.

As such, the Parties stipulate and request that the Motion hearing be continued as set forth below:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Defendant's Motion to Transfer and Consolidate or in the Alternative, Compel Arbitration | May 16, 2024 | May 30, 2024 |

The parties hereby stipulate and move this court to grant the continuance of the Motion hearing as set forth above.

Dated: April 15, 2024

Respectfully submitted,

**DUANE MORRIS LLP**

By:  */s/ Deanna J. Lucci*
Courtney L. Baird
Deanna J. Lucci
Attorneys for Plaintiff
LISA CARRANDI

Dated: April 13, 2024

**DILLINGHAM & MURPHY, LLP**

By:  */s/ Carla J. Hartley*
Carla J. Hartley

|     |                                          |
| --- | ---------------------------------------- |
| 1   | Cynthia C. Cheung                        |
| 2   | Attorneys for Defendant                  |
|     | NETROADSHOW, INC.                        |

### LOCAL RULE 5-1(i)(3) CERTIFICATION

Pursuant to L.R. 5-1(i)(3) I, Deanna J. Lucci, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

          /s/ *Deanna J. Lucci*
          Deanna J. Lucci

# ORDER

## PURSUANT TO STIPULATION, IT IS SO ORDERED:

The hearing on Defendant's Motion to Transfer and Consolidate or in the Alternative, Compel Arbitration is continued from May 16, 2024 to May 30, 2024.

Dated: 4/15/2024

_____
JUDGE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT